# Third District Court of Appeal

## State of Florida

Opinion filed April 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1172
Lower Tribunal No. 20-23239
_____

## Martin Lustgarten Acherman,
Appellant,

vs.

## Hiscox Insurance Services (Guernsey) Limited, etc., et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Osorio Internacional, P.A., and Carlos F. Osorio, Warren D. Zaffuto and Andres F. Rey, for appellant.

Simon, Reed & Salazar, P.A., and Michael Simon; Russo Appellate Firm, P.A., and Elizabeth K. Russo, for appellee Hiscox Insurance Services (Guernsey) Limited.

Before LINDSEY, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.  Manrique v. Fabbri, 493 So. 2d 437, 440 (Fla. 1986) ("'[C]ourts possess discretion to decline to exercise jurisdiction in recognition of the parties' free and voluntary choice of a different forum.'" (quoting Smith, Valentino & Smith, Inc. v. Superior Court of Los Angeles County, 17 Cal. 3d 491, 495 (1976))); Farmers Grp., Inc. v. Madio & Co., Inc., 869 So. 2d 581, 582 (Fla. 4th DCA 2004) (stating the court will "not preclude enforcement of an otherwise valid forum selection clause where . . . there is a significant and obvious nexus between the claim and the Agreement"); World Vacation Travel, S.A., de C.V. v. Brooker, 799 So. 2d 410, 412 (Fla. 3d DCA 2001) (enforcing a forum selection clause where the appellees claims were not severable from the agreement, and the claims arose solely out of the agreement).